**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **A & G Realty Partners, LLC dba A & G Real Estate Partners** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112489 | $407,590.00 | 1/23/2023 | 3 | 12/20/2022 | $224,729.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112489 | $407,590.00 | 1/23/2023 | 2 | 12/9/2022 | $182,861.00 |
| **Totals:** | | **1 transfer(s),** | **$407,590.00** | | | | |